UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>Yvonne V Skapars,<br>               Debtor. | CHAPTER 13<br>CASE NO. 15-11221-WCH |

NOTICE OF APPEARANCE
AND
REQUEST FOR SERVICE OF PAPERS

You are hereby given notice that Harmon Law Offices, P.C. appears for Champion Mortgage Company to represent its interests in this matter. You are requested to serve a copy of each notice of any proceeding, hearing and/or report in this matter, including, but not limited to notices required by Bankruptcy Rule 2002 (g) and the Local Rules of Bankruptcy Procedure, upon the undersigned at the address indicated below.

                Respectfully submitted,

                Champion Mortgage Company,

                By its Attorney

                /s/ Richard T Mulligan
                Richard T Mulligan, Esquire
                BBO# 567602
                Harmon Law Offices, P.C.
                P.O. Box 610389
                Newton, MA 02461-0345
                (617) 558-0500
                617-243-4049 (fax)
                mabk@harmonlaw.com

Dated: April 16, 2015

In Re: Yvonne V Skapars
Case No. 15-11221-WCH
CHAPTER 13

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

IN RE:

Yvonne V Skapars

CHAPTER 13
CASE NO. 15-11221-WCH

CERTIFICATE OF SERVICE

I, Richard T Mulligan, Esquire , state that on April      16     , 2015, I electronically filed the foregoing document on behalf of Champion Mortgage Company with the United States Bankruptcy Court for the District of Massachusetts using the CM/ECF System.  I served the foregoing document on the following CM/ECF participants:

John  Fitzgerald, Esquire, Assistant U.S. Trustee
Carolyn Bankowski, Esquire, Chapter 13 Trustee
Peter M. Daigle, Esquire for the Debtor

I certify that I have mailed by first class mail, postage prepaid the documents electronically filed with the Court on the following non CM/ECF participants:

/s/ Richard T Mulligan
Richard T Mulligan, Esquire
BBO# 567602

Mrs. Yvonne V Skapars
122 Oakmont Rd
Yarmouth Port, MA 02675-1666

RTM//201504-0441/Skapars, Aurelis