# AMENDED HOMEOWNERS POLICY DECLARATIONS
## MASSACHUSETTS PROPERTY INSURANCE UNDERWRITING ASSOCIATION
Two Center Plaza, Boston, Massachusetts 02108-1904
(617)723-3800, (800)392-6108, FAX (800)932-6717

AMENDED DECLARATIONS EFFECTIVE 2/13/2015 SUPERSEDE ANY PREVIOUS DECLARATIONS BEARING THE POLICY NO 0810122.

**POLICY NUMBER**
0810122-21

**POLICY PERIOD**
From 2/13/2015 To 2/13/2016
12:01 AM Standard time at the residence premises.

**NAMED INSURED & MAILING ADDRESS**
YVONNE V SKAPARS
122 OAKMONT ROAD
YARMOUTHPORT, MA   02675

**PRODUCER**
JOHN F MARTIN INS AGCY., INC.
1023 RT 28 - BOX 350
SO YARMOUTH, MA   02664

THE RESIDENCE PREMISES COVERED BY THIS POLICY IS LOCATED AT:
122 OAKMONT ROAD, CUMMAQUID, MA   02637

We will provide the insurance described in this policy in return for the premium and compliance with all applicable policy provisions.
Coverage is provided where a Premium or Limit of Liability is shown for the Coverage.

| SECTION I COVERAGES: | LIMIT OF LIABILITY | PREMIUM |
|---|---:|---:|
| A  Dwelling | $473,000 | $2,553 |
| B  Other Structures | $47,300 | |
| C  Personal Property | $236,500 | |
| D  Loss of Use | $141,900 | |
| **SECTION II COVERAGES:** | | |
| E  Personal Liability - each occurrence | $500,000 | $24 |
| F  Medical Payments to Others - each person | $5,000 | $11 |
| | **TOTAL BASE PREMIUM** | **$2,588** |

**DEDUCTIBLE - SECTION I:**   $1,000   EXCEPT WINDSTORM AND HAIL $9,460 (2% of Coverage A Limit)

**FORM & ENDORSEMENTS** made part of this policy at the time of issue.

| | | | |
|---|---|---|---:|
| HO 00 03 | 10/00 | SPECIAL FORM | |
| HO 01 20 | 9/01 | SPECIAL PROVISIONS - MASSACHUSETTS | |
| HO 03 12 | 10/00 | WINDSTORM OR HAIL % DEDUCTIBLE | -$432 |
| HO 04 16 | 10/00 | PREMISES ALARM OR FIRE PROTECTION SYSTEM | -$59 |
| | | Credit: 2% | |
| HO 04 27 | 4/02 | LIMITED FUNGI, WET OR DRY ROT, OR BACTERIA COVERAGE | |
| | | Section I  $10,000 | |
| | | Section II  $50,000 | |
| HO 04 90 | 10/00 | PERSONAL PROPERTY REPLACEMENT COST LOSS SETTLEMENT | $383 |
| HO 04 96 | 10/00 | NO SECTION II-LIABILITY FOR HOME DAY CARE COVERAGES | |
| HO 05 08 | 11/02 | SPECIFIED ADDITIONAL AMOUNT OF INSURANCE FOR COVERAGE A ONLY | $73 |
| | | Additional Amount Of Insurance   25% | |
| HO 16 10 | 1/09 | WATER EXCLUSION ENDORSEMENT | |
| HO FP | 12/01 | SPECIAL ENDORSEMENT | |

| | |
|---|---:|
| TOTAL PREMIUM ADJUSTMENT | -$35 |
| TOTAL ANNUAL PREMIUM | $2,553 |
| TOTAL PREMIUM TO BE CHARGED OR CREDITED FOR THIS AMENDMENT | $0 |

Reason(s) for Amended Declarations:   MORTGAGEE INFORMATION IS AMENDED.

**MORTGAGEE**
CHAMPION MORTGAGE ✓
ISAOA/ATIMA
PO BOX 39457
SOLON, OH   44139-0457

RATING INFORMATION: 1 FAMILY         Frame         TERRITORY 37   PROTECTION 04

**AMENDED HOMEOWNERS POLICY DECLARATIONS**

**MASSACHUSETTS PROPERTY INSURANCE UNDERWRITING ASSOCIATION**
Two Center Plaza, Boston, Massachusetts 02108-1904
(617)723-3800, (800)392-6108, FAX (800)932-6717

POLICY NUMBER
0810122-21

POLICY PERIOD
From 2/13/2015 To 2/13/2016
12:01 AM Standard time at the residence premises.

This policy shall not be valid
unless countersigned by us:　　Boston,
Massachusetts　　2/27/2015　　Countersigned: *James H. Pappas*

UMAHODEC　　　　Homeowners - MA　　　　INSURED COPY