In Re: Richard A. Joyce<br>
Case No. 08-17554-JNF<br>
CHAPTER 13

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS (BOSTON)

| | |
|---|---|
| In re:<br>  Yvonne V. Skapers<br>                Debtor | CHAPTER 13<br>CASE NO. 15-11221 WCH |

### NOTICE OF COMPLIANCE WITH PRE-FILING CONFERENCE
### PURSUANT TO LBR APPENDIX I, 13-16-1

On July 17, 2015 I sent a 7 day notice of post-petition default in real estate tax payments to counsel for the debtor. This is a 'reverse mortgage' and the debtor is obligated to remain current on post-petition real estate tax obligations.

As of August 3, 2015 we do not have a resolution to the matter but the parties expect to work towards a resolution prior to any hearing on the merits of the motion for relief from stay.

.

.                                   Respectfully submitted,
                                      Harmon Law Offices, P.C.

                                      /s/ Deirdre M. Keady
                                      Deirdre M. Keady, Esquire
                                      BBO# 359020
                                      HARMON LAW OFFICES, P.C.
                                      P.O. Box 610389
                                      Newton Highlands, MA 02461-0389
                                      617-558-0500
                                      617-243-4049 (fax)
                                      mabk@harmonlaw.com

Dated: August 3, 2015