*[Signature in left margin: John N. Feeney]*
*[Left margin: 09/29/2015 Allowed.]*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(Boston)

| | |
|---|---|
| IN RE:<br><br>Yvonne V. Skapars<br>Debtor | CHAPTER 13<br>CASE NO. 15-11221-JNF |

MOTION TO APPROVE STIPULATION

    Now comes Champion Mortgage Company and states that a stipulation was entered into by Champion Mortgage Company and the Debtor, Yvonne V. Skapars on September 14, 2015. Champion Mortgage Company respectfully requests that this Court Approve said stipulation subject to the following language:

IF THE DEBTOR FAILS TO MAKE SAID PAYMENTS BY THE DATES SPECIFIED IN PARAGRAPH TWO OF THIS STIPULATION, RELIEF FROM STAY MAY BE GRANTED WITHOUT HEARING BY THE COURT UPON LENDER FILING A CERTIFICATE OF NON-COMPLIANCE TEN (10) DAYS NOTICE OF DEFAULT TO THE DEBTOR AND TO THE DEBTOR'S ATTORNEY, BY FIRST CLASS MAIL, POSTAGE PREPAID, OR BY FACSIMILE. A $50.00 FEE SHALL BE CHARGED FOR EACH NOTICE OF DEFAULT, AND A $150.00 FEE SHALL BE CHARGED FOR EACH CERTIFICATE OF NON-COMPLIANCE NEEDED THROUGHOUT THE LIFE OF THIS STIPULATION AGREEMENT. THE DEBTOR HAS THE RIGHT TO OBJECT TO THE CERTIFICATE OF NON-COMPLIANCE ONLY ON THE BASIS THAT THE PAYMENTS WERE MADE TIMELY UNDER THE STIPULATION.

                                              Respectfully submitted,
                                              Champion Mortgage Company
                                              By its Attorney,

                                              /s/ Tatyana P. Tabachnik
                                              Tatyana P. Tabachnik, Esquire
                                              BBO# 673236
                                              HARMON LAW OFFICES, P.C.
                                              150 California Street
                                              Newton, MA 02458
                                              617-558-0500
Dated:  September 14, 2015           mabk@harmonlaw.com

**<u>NOTICE</u>**
All Objections to this Motion must be filed within fifteen (15) days of this date unless otherwise ordered by Court.