## UNITED STATES BANRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| In Re: SKAPARS, YVONNE V. | Chapter 13 |
| SSN: xxx-xx-5580 | Case No 15-11221-JNF |
| Debtor(s) | |

## NOTICE OF WITHDRAWAL OF
## TRUSTEE'S MOTION TO DISMISS

    Now comes Carolyn Bankowski, Standing Chapter 13 Trustee, and respectfully withdraws her Motion to Dismiss this case, which motion was filed on May 05, 2015, and for reasons states that the Debtor has cured the grounds alleged in the Motion.

**Dated: December 03, 2015**      Respectfully submitted,

> **By: /s/ Carolyn Bankowski**
> **Carolyn Bankowski, BBO #630156**
> **Patricia A. Remer, BBO# 639594**
> **Chapter 13 Trustee**
> **Office of the Chapter 13 Trustee**
> **PO Box 8250**
> **Boston, MA  02114**
> **(617) 723-1313**
> **13trustee@ch13boston.com**

### Certificate of Service

    The undersigned hereby certify that a copy of the within Notice of Withdrawal by Chapter 13 Trustee of the Motion to Dismiss was served upon the Debtor and Debtor's counsel via first class mail, postage prepaid, or by electronic notice at the addresses set forth below.

**Dated: December 03, 2015**

                        **/s/ Carolyn Bankowski**

**Yvonne V. Skapars**
**122 Oakmont Road**
**Yarmouth Port, MA  02675**

**Peter M. Daigle, Esq.**
**1550 Falmouth Road**
**Suite 10**
**Centerville, MA  02632**