UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                    )
IN RE:                              )
YVONNE V. SKAPARS                   )        Chapter 13
    Debtor,                         )        Case No.:   15-11221
_____)


**MOTION TO AMEND SCHEDULES I & J AND THE CHAPTER 13 PLAN**

    Now come the Debtor, Yvonne Skapars, through counsel and hereby requests this Honorable Court allow her to Amend Schedules I & J and the Chapter 13 Plan. As reasons therefore, the debtor states as follows:

    1. The amended Schedules I & J shows that the Debtor can afford the new plan payment.

    2. The amended Chapter 13 Plan treats all proof of claims accurately.

    WHEREFORE, Debtor, Yvonne Skapars, hereby requests the court allow her to Amend Schedules I & J and the Chapter 13 Plan.

                                          Respectfully Submitted,
                                          The Debtor,
                                          By Her Attorney,


                                          /s/ Peter M. Daigle_____
                                          Peter M. Daigle, Esquire
                                          BBO # 640517
                                          1550 Falmouth Road, Suite 10
                                          Centerville, MA 02632
                                          (508) 771-7444


Dated:  April 26, 2016

## CERTIFICATE OF SERVICE

      I hereby certify that I have caused a duplicate copy of the above to be served upon all parties of record by electronic e-mail and first class mail.

      /s/ Peter M. Daigle_____
      Peter M. Daigle, Esquire

Dated:  April 26, 2016

First Class Mail:

Massachusetts Department of Revenue
Bankruptcy Unit
P.O. Box 9564
Boston, MA 02114

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101

Bank Of America
Attention: Recovery Department
4161 Peidmont Pkwy.
Greensboro, NC 27410

Bank Of America
Po Box 982235
El Paso, TX 79998

Capital One
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130

Capital One
Po Box 85520
Richmond, VA 23285

Chase Card
P.o. Box 15298
Wilmington, DE 19850

Chase Mtg
Po Box 24696
Columbus, OH 43224

Collection
4500 Salisbury Rd Ste 10
Jacksonville, FL 32216

Nationstar Mortgage LLC
Attn: Bankruptcy
350 Highland Dr
Lewisville, TX 75067

Nationstar Mortgage LLC
Po Box 199111
Dallas, TX 75235