UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

In re:  SKAPARS, YVONNE V.                    Chapter 13
SSN: xxx-xx-5580                              Case No. 15-11221-JNF

NOTICE OF WITHDRAWAL OF
TRUSTEE'S MOTION FOR ORDER DISMISSING CASE AND SUPPLEMENT THEREOF

  Now comes Carolyn A. Bankowski, Standing Chapter 13 Trustee, and withdraws her Motion for Order Dismissing this case, which Motion was filed on March 08, 2016, and Supplement thereof filed on April 27, 2016, and for reasons states that the Debtor has satisfied the grounds alleged in the Motions.

Dated: May 13, 2016

        Respectfully submitted,
        Carolyn A. Bankowski
        Standing Chapter 13 Trustee

        By: /s/ Carolyn A. Bankowski
        Carolyn A. Bankowski (BBO#631056
        Patricia A. Remer (BBO#639594)
        Office of the Chapter 13 Trustee
        PO Box 8250
        Boston, MA  02114-0022
        (617) 723-1313
        13trustee@ch13boston.com

Certificate of Service

  The undersigned hereby certify that a copy of the within Notice of Withdrawal by Chapter 13 Trustee of Motion for Order Dismissing Case and Supplement Motion thereof was served upon the Debtor and Debtor's counsel via first class mail, postage prepaid, or by electronic notice, at the address set forth below.

Dated: May 13, 2016        By: /s/ Carolyn A. Bankowski


Yvonne V. Skapars
122 Oakmont Road
Yarmouth Port, MA  02675

Peter M. Daigle, Esq.
1550 Falmouth Road
Suite # 10
Centerville, MA  02632