UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE: ) | |
| YVONNE V. SKAPARS ) | Chapter 13 |
| Debtor, ) | Case No.: 15-11221 |
| ) | |

## MOTION TO AMEND SCHEDULES I & J AND THE CHAPTER 13 PLAN

Now come the Debtor, Yvonne Skapars, through counsel and hereby requests this Honorable Court allow her to Amend Schedules I & J and the Chapter 13 Plan. As reasons therefore, the debtor states as follows:

1. The amended Schedules I & J shows that the Debtor can afford the new plan payment.

2. The amended Chapter 13 Plan increases the dividend to pay the unsecured creditors based on the unexempt equity in the Debtor's assets.

WHEREFORE, Debtor, Yvonne Skapars, hereby requests the court allow her to Amend Schedules I & J and the Chapter 13 Plan.

        Respectfully Submitted,
        The Debtor,
        By Her Attorney,


        /s/ Peter M. Daigle_____
        Peter M. Daigle, Esquire
        BBO # 640517
        1550 Falmouth Road, Suite 10
        Centerville, MA 02632
        (508) 771-7444

Dated: May 26, 2016

# **CERTIFICATE OF SERVICE**

      I hereby certify that I have caused a duplicate copy of the above to be served upon all parties of record by electronic e-mail and first class mail.

      /s/ Peter M. Daigle_____
      Peter M. Daigle, Esquire

Dated: May 26, 2016

First Class Mail:

**Acs/slma/town Center**
501 Bleeker St
Utica, NY 13501

**American Express**
Po Box 3001
16 General Warren Blvd
Malvern, PA 19355

**American Express**
Po Box 297871
Fort Lauderdale, FL 33329

**American Express Bank, FSB**
c o Becket and Lee LLP
POB 3001
Malvern, PA 19355-0701

**Barclays Bank Delaware**
P.o. Box 8803
Wilmington, DE 19899

**Barclays Bank Delaware**
Attn: Bankruptcy
P.O. Box 8801
Wilmington, DE 19899

**CERASTES, LLC**
C O WEINSTEIN & RILEY, PS
2001 WESTERN AVENUE, STE 400
SEATTLE, WA 98121

**Chase Card**

Po Box 15298
Wilmington, DE 19850

**Citibank**
Citicorp Credit Services/Attn: Centraliz
Po Box 790040
Saint Louis, MO 63179

**Citibank**
Po Box 6241
Sioux Falls, SD 57117

**Collection**
8875 Aero Dr Ste 200
San Diego, CA 92123

**Dept Of Ed/navient**
Po Box 9635
Wilkes Barre, PA 18773

**Discover Bank**
Discover Products Inc
PO Box 3025
New Albany, OH 43054-3025

**Discover Fin Svcs Llc**
Po Box 15316
Wilmington, DE 19850

**eCAST Settlement Corporation, assignee**
of Citibank, N.A.
POB 29262
New York, NY 10087-9262

**First National Bank**
Po Box 3412
Omaha, NE 68103

**First National Bank**
Attention:FNN Legal Dept
1620 Dodge St. Stop Code: 3290
Omaha, NE 68197

**GECRB / JC Penney**
Attn: Bankruptcy Dept
Po Box 103104
Roswell, GA 30076

**GECRB / JC Penney**
Po Box 965007

Document      Page 4 of 4

Orlando, FL 32896

**Internal Revenue Service**
PO Box 7346
Philadelphia, PA 19101

**Massachusetts Department of Revenue**
Bankruptcy Unit
P.O. Box 9564
Boston, MA 02114

**Nationstar Mortgage LLC**
PO Box 619096
Dallas, TX 75261

**Navient Solutions Inc.**
Department of Education Loan Services
P.O. Box 9635
Wilkes-Barre, PA 18773-9635

**Navient/Blue Ridge Funding on behalf of MHEAC dba**
Keith Coburn
MHEAC d/b/a ASA
100 Cambridge Street, Suite 1600
Boston, MA 02114

**Portfolio Recovery**
120 Corporate Blvd Ste 1
Norfolk, VA 23502

**Portfolio Recovery**
Attn: Bankruptcy
Po Box 41067
Norfolk, VA 23541

**Portfolio Recovery Associates, LLC**
POB 41067
Norfolk VA 23541