

05/26/2016 The Motion is moot in light of the Debtor's filing of an amended plan.

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE: ) | |
| YVONNE V. SKAPARS ) | Chapter 13 |
| Debtor, ) | Case No.:  15-11221 |
| ) | |

## MOTION TO AMEND SCHEDULES I & J AND THE CHAPTER 13 PLAN

Now come the Debtor, Yvonne Skapars, through counsel and hereby requests this Honorable Court allow her to Amend Schedules I & J and the Chapter 13 Plan.  As reasons therefore, the debtor states as follows:

1. The amended Schedules I & J shows that the Debtor can afford the new plan payment.

2. The amended Chapter 13 Plan treats all proof of claims accurately.

WHEREFORE, Debtor, Yvonne Skapars, hereby requests the court allow her to Amend Schedules I & J and the Chapter 13 Plan.

                                                          Respectfully Submitted,
                                                          The Debtor,
                                                          By Her Attorney,

                                                          /s/ Peter M. Daigle_____
                                                          Peter M. Daigle, Esquire
                                                          BBO # 640517
                                                          1550 Falmouth Road, Suite 10
                                                          Centerville, MA 02632
                                                          (508) 771-7444

Dated:  April 26, 2016