UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE: ) | |
| YVONNE V. SKAPARS ) | Chapter 13 |
|     Debtor, ) | Case No.:  15-11221 |

**MOTION TO AMEND SCHEDULES I & J AND THE CHAPTER 13 PLAN**

Now come the Debtor, Yvonne Skapars, through counsel and hereby requests this Honorable Court allow her to Amend Schedules I & J and the Chapter 13 Plan.  As reasons therefore, the debtor states as follows:

1. The amended Schedules I & J shows that the Debtor can afford the new plan payment.

2. The amended Chapter 13 Plan increases the dividend to pay the unsecured creditors based on the unexempt equity in the Debtor's assets.

WHEREFORE, Debtor, Yvonne Skapars, hereby requests the court allow her to Amend Schedules I & J and the Chapter 13 Plan.

                              Respectfully Submitted,
                              The Debtor,
                              By Her Attorney,

                              /s/ Peter M. Daigle
                              Peter M. Daigle, Esquire
                              BBO # 640517
                              1550 Falmouth Road, Suite 10
                              Centerville, MA 02632
                              (508) 771-7444

Dated:  May 26, 2016

06/27/2016 Allowed.