

Date: **11/10/2016**

**U.S. BANKRUPTCY COURT**

J.W . McCormack  Post  Office  &  Court  House

5  Post  Office  Square,  Suite  1150

Boston,   MA     02109-3945

RE:   SKAPARS,  YVONNE  V.

SSN: XXX-XX-5580

Case Number:      15-11221

U.S. BANKRUPTCY COURT
2016 NOV 14  P 1:39

# WITHDRAWAL OF CLAIM

Dear Sir/Madam:

Please Withdrawal proof of claim filed for Claim#      2
filed on 4/22/15  in the amount of $15,341.70

Thanks you for your cooperation.

Sincerely,

**CELSO I. ISORENA**
Default Department
Bankruptcy Unit

' East 220th Street
�J Beach, CA 90810-1690
· 513-2700