# UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS
## Proceeding Memorandum/Order of Court

**In Re:** Yvonne V. Skapars         **Case Number:** 15-11221         **Ch:** 13

**MOVANT/APPLICANT/PARTIES:**
#89 Withdrawal of Claim(s): 2  filed by Navient/Blue Ridge Funding. (chy)

**OUTCOME:**
\_\_\_\_\_Granted\_\_\_\_\_Denied\_\_\_\_\_Approved\_\_\_\_\_Sustained
\_\_\_\_\_Denied\_\_\_\_\_Denied without prejudice\_\_\_\_\_Withdrawn in open court\_\_\_\_\_Overruled
\_\_\_\_\_OSC enforced/released
\_\_\_\_\_Continued to:_____For:_____
\_\_\_\_\_Formal order/stipulation to be submitted by:_____Date due:_____
\_\_\_\_\_Findings and conclusions dictated at close of hearing incorporated by reference
\_\_\_\_\_Taken under advisement: Brief(s) due_____From_____
                                 Response(s) due_____From_____
\_\_\_\_\_Fees allowed in the amount of: $_____Expenses of: $_____
\_\_\_\_\_No appearance/response by:_____
\_\_\_\_\_DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

The Court construes this Withdrawal of Claim as a Motion to Withdraw Claim pursuant to FRBP 3006.  As it appears that it was not filed by the holder of the claim, or an agent acting on behalf of the holder of the claim, the Motion is denied.

IT IS SO NOTED:                                    IT IS SO ORDERED:

                                                   *Joan N. Feeney*         Dated: 11/14/2016
_____                           _____
Courtroom Deputy                                   Joan N. Feeney, U.S. Bankruptcy Judge